Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

BALTIMORE-NIGHT BOX

UNITED STATES DISTRICT COURT
for the
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
District of

Division

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 19 2018

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

| | |
|---|---|
| Katherine Delores Corbin | Case No. __CCB 18 CV 1137__ |
| _Plaintiff(s)_ | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one)  ☐ Yes  ☐ No |
| -v- | |
| Stacey Ann Scheib, M.D.; Johns Hopkins Hospital; John Li-Jon Wu, M.D. | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Katherine Delores Corbin |
   | Street Address | 1813 Thomas Lane |
   | City and County | Salisbury Wicomico |
   | State and Zip Code | Maryland 21801 |
   | Telephone Number | 410 749-4384 |
   | E-mail Address | kdc06131956@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

   Defendant No. 1
   | | |
   |---|---|
   | Name | Stacey Scheib |
   | Job or Title _(if known)_ | MD |
   | Street Address | 1542 Tulane Avenue |

Page 1 of 6

      City and County      New Orleans BALTIMORE-NIGHT BOX
      State and Zip Code    Louisianna 70112
      Telephone Number

2018 APR 19 PM 4: 12

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

      E-mail Address *(if known)*

**Defendant No. 2**
- Name: John Li-Jon Wu
- Job or Title *(if known)*: M.D
- Street Address: 1801 Inwood Road Apt 3234
- City and County: Dallas
- State and Zip Code: Texas 76504
- Telephone Number: 214-645-3858
- E-mail Address *(if known)*:

**Defendant No. 3**
- Name: John Hopkins Hospital
- Job or Title *(if known)*:
- Street Address: 1800 Orleans Street
- City and County: Baltimore City    Baltimore County
- State and Zip Code: Maryland 21287
- Telephone Number: 410-955-5000
- E-mail Address *(if known)*:

**Defendant No. 4**
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Katherine Corbin, is a citizen of the State of *(name)* Maryland.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* n/a, is incorporated under the laws of the State of *(name)* n/a,

and has its principal place of business in the State of *(name)*

n/a

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.     The Defendant(s)**

1. If the defendant is an individual

   The defendant, *(name)* Stacey Ann Scheib, is a citizen of the State of *(name)* Louisiana. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* John Hopkins, is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pain and suffering and time away from work $750,00

---

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 04/20/2015, at *(place)* Johns Hopkins Health Care & Surgery Center,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Medical Negligence:

BALTIMORE-NIGHT BOX
2018 APR 19 PM 4: 12
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Dr. Scheib was negligent and violated the standard of care in the following respects:
a.) She failed to secure an immediate consultation with a Medical Director before discharging Ms. Katherine Corbin on 04/22/2015.
b.) She failed to interact or properly document any interaction with Medical Director during Ms. Katherine Corbin's recovery room evaluation 04/20/2015.
c.) She failed to diagnose and repair intraoperative surgical wound to the vaginal on 4/20/2015
d.) She failed to identify inflicted surgical wound prior to discharging Ms. Katherine Corbin home 04/20/2015.
e.) She failed to provide appropriate medical treatment upon discharge from hospital on 04/20/2015.
f.) She failed to disclose to the patient, that a medical resident assisted in performance of surgery on 04/20/2015.
g.) She failed to identify the intraoperative surgical wound on 5/6/2015 during Ms. Katherine Corbin's follow up appointment.
h.) Dr. Stacey Scheib failed to provide the appropriate follow up therapy and treatment following the corrective surgery on 5/17/2015.

---

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Dr. Stacey Scheib is negligent in failing to promptly identify a vaginal wound after performing laparoscopic robotic total full hysterectomy. Her negligent treatment and follow care on 05/06/2015 also resulting in Ms. Katherine Corbin hemorrhaging on 05/17/2015 from the opened surgical wound that was not repaired during initial surgery on 04/20/2015. Thus Ms. Katherine Corbin would have to suffer a second surgery to repair the wound on 05/17/2015.
The failure to promptly identify and treat the vaginal wound has resulted physically in chronic vaginal and back pain.
For the past 3 years, Ms. Katherine Corbin has suffered emotional stress as a directed result of the chronic vaginal and back pain, also contributing to her inability to be sexually intimate.

---

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff ask the court for an amicable monetary compensation of $750,000 to cover the loss of time and wages; pain and suffering; as well as for any past, current and future medical treaments and expenses.

V. **Certification and Closing**

BALTIMORE-NIGHT BOX
2018 APR 19 PM 4: 12

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/19/2018

Signature of Plaintiff    *[signature]*
Printed Name of Plaintiff    Katherine Corbine

B. **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

**Plaintiff,**

Ms. Katherine Corbin

1813 Thomas Lane    Salisbury Maryland 21801                    Civil No._____

BALTIMORE-NIGHT BOX
2018 APR 19 PM 4: 12
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

v.

**Defendants.**

   1.) Stacey Scheib, M.D.,

1542 Tulane Avenue    New Orleans, Louisiana 70112

and

   2.) John Hopkins Hospital

1800 Orleans Street    Baltimore, Maryland 21287-0010

and

   3.) John Li-Jon WU, M.D

1801 Inwood Road Apt 3234 Dallas Texas 76504

**COMPLAINT (Medical Negligence):**

**Parties and Jurisdiction**

1. This is a medical negligence case concerning a doctor's failure to act on signs of opened wound that led to post op complications including hemorrhage and chronic vaginal pain.
2. The plaintiff filed a claim in the Maryland Health Claims Alternative Dispute Resolution Office on _04__/__19___/_2018___.
3. The plaintiff is Katherine Corbin resides at 1813 Thomas Lane Salisbury, Maryland 21801.
4. The defendant Stacey Ann Scheib, M.D. 1542 Tulane Avenue New Orleans, Louisiana 70112
5. The defendant John Li-Jon Wu, M.D. 1801 Inwood Road #3234 Dallas, Texas 75390
6. The defendant John Hopkins Hospital 1800 Orleans Street Baltimore, Maryland 21287
7. This court has jurisdiction because the parties are of diverse citizenship, under 28 U.S. Code § 1332(a)(1). The plaintiff Ms. Katherine Corbin is a citizen of Maryland. The defendant Stacey Scheib is the defendant is a citizen of Louisiana. John Hopkins Hospital is incorporated and has

BALTIMORE-NIGHT BOX

its principal place of business in Maryland. The amount in controversy exceeds $75,000, not counting interest and costs.

2018 APR 19 PM 12:13
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

### Facts Giving Rise to Claims

8. Dr. Stacey Scheib failed to diagnose and repair an intraoperative surgical wound on 4/20/2015
9. Dr. Stacey Scheib failed to identify the intraoperative surgical wound on 5/6/2015 during my follow up appointment.
10. Dr. Stacey Scheib failed to provide the appropriate follow up therapy and treatment following the second surgery on 5/17/2015, which has resulted in continuous pain and suffering.
11. Dr. Stacey Scheib is negligent in failing to properly closing my surgical wound after performing laparoscopic robotic total full hysterectomy and her negligent treatment also contributed to the non-healing of my surgical wound resulting in chronic vaginal and back pain.
12. Ms. Katherine Corbin has spent the last couple of years suffering with continue chronic vaginal, back and side pain, in addition the pain has affected my intimacy and emotional state.
13. On Friday, April 20, 22015, Ms. Katherine Corbin was treated at John Hopkins Hospital Surgery Center by Stacey Scheib, M.D.
14. Dr. Stacey Scheib is an obstetrics and gynecology medicine physician, who was employed at all relevant times by John Hopkins Hospital, which is liable for any damages caused by her negligence.
15. Dr. Scheib was acting within the scope of her employment by John Hopkins Hospital throughout her treatment and care of Ms. Katherine Corbin.
16. Dr. Scheib owed Ms. Katherine Corbin a duty to care for her using that degree of care and skill which a reasonably competent health care provider, engaged in a similar practice and acting in similar circumstances, would use.
17. Dr. Scheib examination of Ms. Katherine Corbin on April 20, 2015 confirmed that Ms. Katherine Corbin presented to John Hopkins Hospital Surgery Center for Robotic Assisted Fibroid Removal.
18. Dr. Scheib was aware of Ms. Katherine Corbin's past surgical history including cholecystectomy and previous cesarean section.
19. Dr. Scheib was negligent and violated the standard of care in the following respects:

a. She failed to secure an immediate consultation with a Medical Director before

discharging Ms. Katherine Corbin on 04/22/2015.

BALTIMORE-NIGHT BOX
2018 APR 19 PM 4: 13
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

b. She failed to interact or properly document any interaction with Medical Director during Ms. Katherine Corbin's recovery room evaluation 04/20/2015.

c. She failed to identify wound prior to discharging Ms. Katherine Corbin home 04/22/2015.

d. She failed to provide appropriate medical treatment upon discharge from hospital on 04/22/2015.

e. She failed to disclose to the patient, that a medical resident assisted in performance of surgery on 04/20/2015.

f. She failed to provide correct patient information to Patterson Park Pharmacy, resulting in delay of care, and/or receipt of post hospital pain medication on or about 05/22/15.

20. If Dr. Scheib had conformed to the standard of care, and obtained a timely consultation and evaluation of Ms. Katherine Corbin's surgical condition, it is likely the vaginal wound would have been discovered and repaired. Her failure to promptly identify opened wound resulted in post op hemorrhaging, chronic vaginal pain and chronic low back pain.

II. Relief/Amount in Controversy

1. The plaintiff asks the court for an amicable monetary compensation of $750,000 to cover the loss of time and wages; pain and suffering; as well as for any past, current and future medical treatments and expenses.